

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00640-CV

Paul **MICHAEL**,
Appellant

v.

Maria Guadalupe **MASCORRO**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-05662
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: December 7, 2022

DISMISSED FOR WANT OF PROSECUTION

In the case underlying this appeal, Appellant timely filed a notice of restricted appeal on September 29, 2022. *See* TEX. R. APP. P. 26.1. But he paid no filing fee and filed no docketing statement. *Contra id.* R. 5 (requiring fees in civil cases); *id*. R. 32.1 (requiring a docketing statement). He also failed to file an amended notice of appeal. *See id.* R. 5; *id*. R. 25.1(e), (g) (requiring an appellant to give notice of notice to the court reporter and to amend a defect or omission in the notice of appeal).

On November 4, 2022, we ordered Appellant to file an amended notice of appeal and to submit payment or show proof that he is entitled to appeal without paying for the clerk's record or the filing fee by November 14, 2022, or the case would be dismissed for want of prosecution. *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at \*1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

On November 14, 2022, the court reporter notified this court that no payment has been submitted for the reporter's record.

Furthermore, no response, amended notice of appeal, or payment has been provided to this court by Appellant.

We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM